UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: April 3, 2020

PHILIPPE BUHANNIC,

     Plaintiff,

– against –

TRADINGSCREEN INC., PIERRE SCHROEDER, PIERO GRANDI, FRANK PLACENTI, ROBERT TRUDEAU, JAY HOAG, RICK KIMBALL, BRUCE ROSENTHAL, PETER NEGER, JOHN VASSOS, STEPHEN RADIN, and DAVID POLLAK,

     Defendants.

**ORDER**

19 Civ. 10650 (ER)

Ramos, D.J.:

  On January 6, 2020, defendants filed a motion to dismiss the above-captioned action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and to enjoin plaintiff from filing future actions in the United States District Court for the Southern District of New York. Doc. 17. Plaintiff's deadline to file opposition papers was February 6, 2020. To date, the Court has not received any such opposition papers from plaintiff.

  Given Plaintiff's *pro se* status, the Court grants plaintiff until May 4, 2020 to file his opposition. Plaintiff is advised that, if he does not respond by that date, Defendants' motion may be decided solely on the basis of Defendants' papers.

SO ORDERED.

Dated: April 3, 2020
    New York, New York

                  _____
                  Edgardo Ramos, U.S.D.J.